IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PROSTAR, INC.                                                                                          PLAINTIFF

v.                              CASE NO. 4:07CV0656 BSM

JORGE ACEVEDO, et al.                                                                          DEFENDANTS

### ORDER

IT IS HEREBY STIPULATED by and between Plaintiff Prostar, Inc. and Defendants Jorge Acevedo and Julio Ortega, individually and d/b/a Cancun Restaurante Mexicano a/k/a Cancun Mexican Restaurant, that the above-entitled action is hereby dismissed with prejudice against Jorge Acevedo and Julio Ortega, individually and d/b/a Cancun Restarante Mexicano a/k/a Cancun Mexican Restaurant.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each party referenced above shall bear its own attorneys' fees and costs.

IT IS SO ORDERED this 1st day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE